Mary H. Beard
(Admitted *Pro Hac Vice*)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Building B-3rd Floor
Memphis, Tennessee 38125
Telephone: (901) 434-8061
Facsimile: (901) 434-9279
Email: mhbeard@fedex.com

FENNEMORE CRAIG, PC
Lori A. Higuera (#017273)
Alec Hillbo (#020185)
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
Telephone: (602) 916-5000
Facsimile: (602) 916-5999
Email: lhiguera@fclaw.com
Email: ahillbo@fclaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEAN L. HARGROW | ) Case No. 03-0642 PHX DGC |
| Plaintiff, | ) |
| v. | ) DEFENDANT'S REQUEST FOR |
| FEDERAL EXPRESS CORPORATION, A Delaware corporation doing business in Arizona; JOHN and JANE DOES I-X BLACK CORPORATION I-X, WHITE LIMITED LIABILITY COMPANIES I-X, | ) LEAVE TO FILE OVERSIZED ) MEMORANDUM IN SUPPORT OF ) MOTION FOR SUMMARY ) JUDGMENT |
| Defendants. | ) |

Defendant Federal Express Corporation ("FedEx") requests leave to file an oversize memorandum in support of Defendant Federal Express Corporation's Motion for Summary Judgment. The memorandum will exceed the 17 page limit of Local R. Civ. P. 7.2(e) by no more than 8 pages.

This request is made for the reasons that the Motion asks for summary judgment on all nine of Plaintiff Sean L. Hargrow's ("Plaintiff") claims under Title VII, 42 U.S.C. § 1981, the Americans with Disabilities Act, and the Arizona Retaliatory Discharge Statute, Ariz. Rev. Stat. § 23-1501 that are listed in Plaintiff's First Amended Complaint. The Complaint is 17 pages in length, which includes 123 paragraphs and a Prayer for Relief with 12 subparts.

Dispositive treatment of these several claims is addressed in a single motion, but the separate legal arguments applicable to the separate claims, coupled with a recitation of necessary background facts, require an oversized memorandum. Accordingly, FedEx respectfully asks the Court to grant this request to file an oversized memorandum in support of the Motion for Summary Judgment.

DATED September 28, 2005.

Respectfully submitted,

By: /s/ Lori Higuera
Mary Beard
FEDERAL EXPRESS CORPORATION
and
Lori A. Higuera
Alec Hillbo
FENNEMORE CRAIG, P.C.
Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing pleading by (X) U.S. Mail, first-class postage prepaid; ( ) fax; ( ) FedEx delivery and/or ( ) hand delivery, on the 28th day of September, 2005, addressed to the following:

    Mishka L. Marshall
    Marshall Law Group, P.C.
    777 East Thomas Road, Suite 210
    Phoenix, AZ  85014

*Delisa A. Perkins*

575549