# EXHIBIT 1

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SEAN L. HARGROW ) | Case No. 03-0642 PHX DGC |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| FEDERAL EXPRESS CORPORATION, ) | ORDER ON DEFENDANT'S |
| A Delaware corporation doing business in ) | REQUEST FOR LEAVE TO FILE |
| Arizona; JOHN and JANE DOES I-X ) | OVERSIZED MEMORANDUM IN |
| BLACK CORPORATION I-X, WHITE ) | SUPPORT OF MOTION FOR |
| LIMITED LIABILITY COMPANIES I-X, ) | SUMMARY JUDGMENT |
| ) | |
|     Defendants. ) | |

    Having considered defendant Federal Express Corporation's request for leave to file oversize brief,

    FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Federal Express Corporation's request for leave to file an oversize brief is granted.

    DATED September _____, 2005.

                            By: _____
                                  United States District Court Judge